3

**TRUDI G. MANFREDO**, Bar No. 166474
Chapter 7 Trustee
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | | |
|---|---|---|
| In the Matter of<br><br>RICHARD R. MAXWELL and MARA L. MAXWELL,<br><br>Debtor(s). | ) | Case No. 16-12507-B-7<br><br>Chapter 7<br><br>DC#: TMT-3<br><br>Date: April 26, 2017<br>Time: 9:30 a.m.<br>Dept.: B, Crtm. 13, Fresno<br>Honorable Rene Lastreto, II |

**TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY**

Trudi G. Manfredo, Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate of RICHARD R. MAXWELL and MARA L. MAXWELL ("Debtors"), brings this Motion to Sell Personal Property and respectfully represents as follows:

1. Trustee is the duly appointed, qualified and acting Trustee of the above-referenced bankruptcy estate.

2. Debtors filed under Chapter 7 of the Bankruptcy Code on July 12, 2016, and an order for relief was entered.

3. This Court has jurisdiction over this proceeding under 28 U.S.C. §1334(a). This is a core proceeding under 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a) by virtue of the pendency of this case before the Court.

4. Among the assets of this bankruptcy estate is a:

| Asset Description | Trustee's Value | Offer | Liens | Exemptions | Net Value to Estate |
|---|---|---|---|---|---|
| 2007 Toyota Tundra, VIN 5TFSV54147X002541 License #8Z91695 | $9,000.00 | $8,117.52 | $6,717.52 | $0.00 | $1,400.00 |

5. As set forth above, Trustee has received and accepted an offer, subject to higher and better bid at the hearing, from the Debtors to purchase the 2007 Toyota Tundra for $8,117.52, subject to an encumbrance in favor of Pacific Postal Credit Union in the amount of $6,717.52, for a net to the estate of $1,400.00. Trustee is currently holding these funds.

6. In deciding to accept the offer, Trustee took into consideration the fair market value of the personal property, less the costs associated with storing and selling the personal property at auction.

7. The price to be received at auction is never certain and the delay involved in auctioning these assets is not warranted.

8. Based on her business judgment, Trustee believes that an immediate sale of the personal property to the Debtors is in the best interest of the creditors of this estate and all parties in interest.

9. There will be no adverse tax consequences to the estate as a result of the sale.

10. This sale is subject to higher and better bid at the hearing noted above.

11. Any prospective bidders for the 2007 Toyota Tundra must

bring certified funds to the hearing in the amount of $8,117.52.

12. The certified check must be made out to Trudi G. Manfredo, Chapter 7 Trustee, and is non-refundable if that bidder is the successful bidder and fails to perform. Prospective bidders must also bring documentary evidence of the ability to pay the amount of their bid.

13. Trustee requests that the provisions of Bankruptcy Rule 6004(h) be waived.

WHEREFORE, Trustee prays

1. That the Motion be granted;

2. That the Court issue an order authorizing the sale of the Bankruptcy Estate's interest in the 2007 Toyota Tundra, VIN , back to the Debtors for $8,117.52, subject to an encumbrance in favor of Pacific Postal Credit Union in the amount of $6,717.52, for a net to the estate of $1,400.00;

3. That the provisions of Bankruptcy Rule 6004(h) be waived; and

4. For such other and further relief as the Court deems just and proper.

DATED: 3-17-17

By /s/ Trudi G. Manfredo
TRUDI G. MANFREDO,
Chapter 7 Trustee